D.I. #_____

# CIVIL ACTION
# NUMBER: ___08 CV 247 SLR___

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

