IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TIMOTHY B. HARR,** )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>**PERRY PHELPS, Warden,** and )<br>**ATTORNEY GENERAL OF** )<br>**THE STATE OF DELAWARE,** )<br>)<br>Respondents ) | Civ. Act. No. 08-247-SLR |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents submit certified copies of the following Delaware Supreme Court records (*Timothy Harr v. State*, Del. Supr. Ct. No. 368, 2007):

A. Appellant's Opening Brief

B. State's Motion to Affirm

C. Order (Oct. 12, 2007)

D. Motion for Rehearing En Banc

E. Answer to Motion for Reargument

F. Order (Nov. 15, 2007)

*Loren C. Meyers*
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us

July 25, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on July 25, 2008,

1. He electronically filed the attached document (Notice of Filing of State Court Records) with the Clerk of the District Court using CM/ECF.

2. He caused two copies of the attached document (and one copy of the documents listed therein) to be placed in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Timothy B. Harr
No. 190389
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8844
Del. Bar ID 2210
loren.meyers@state.de.us